UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY SULLIVAN | CIVIL ACTION |
| VERSUS | NO. 16-105-JJB-RLB |
| TURNER INDUSTRIES AND CF INDUSTRIES | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on May 4, 2017.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ROY SULLIVAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-105-JJB-RLB** |
| **TURNER INDUSTRIES AND CF INDUSTRIES** | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed his Complaint in this matter on February 18, 2016. (R. Doc. 1). In addition, Plaintiff filed a Motion to Proceed In Forma Pauperis that same day. (R. Doc. 2).

On May 23, 2016, the Court ordered Plaintiff to file an Amended Complaint using Pro Se Form 7 – Complaint for Employment Discrimination or providing the information requested on the form by June 22, 2016. (R. Doc. 3). Plaintiff did not amend his Complaint as ordered.

On June 29, 2016, the Court ordered Plaintiff to submit AO 239 - Application To Proceed In District Court Without Prepaying Fees or Costs (Long Form) to the Court by July 15, 2016. (R. Doc. 4). In the Court's order dated June 29, 2016, the Court stated that Plaintiff represents that he is currently employed and earned $64,000 in the past twelve months. Plaintiff's motion states that his gross pay or wages are $26.00 hourly but it does not provide Plaintiff's weekly or monthly income. The motion identifies ownership of a house valued at $130,000 and cars but does not indicate the value of the cars. Plaintiff's motion states that he has $264.00 in a checking account and that he owes $20,000 to others. In addition, Plaintiff states that his regular monthly expenses are as follows: student loan - $17,000 ($200.00 monthly); credit cards $200.00 monthly; utilities and insurance $800.00 monthly. Further, Plaintiff states that he is the sole provider for his eleven year old son. However, Plaintiff is employed and earning $64,000 within

a 12-month period. Based on the information provided, the Court stated that it was unable to determine that Plaintiff should not pay the filing fee in this matter. Plaintiff was ordered to submit the AO-239 by July 15, 2016. Plaintiff failed to submit the form AO-239 or provide any further information regarding his finances.

On August 31, 2016, the court issued an order denying Plaintiff's Motion to Proceed In Forma Pauperis. (R. Doc. 2). The court stated that "As set forth in this Court's previous Order (R. Doc. 4), the Plaintiff has failed to provide sufficient information to support granting the relief requested." The court ordered Plaintiff to pay the $400.00 filing fee to the Clerk of Court within fourteen (14) days from the date of the Order. In addition, Plaintiff was advised that failure to pay the filing fee shall result in dismissal of this action without further notice from the Court.

Upon review of the record in this matter and upon checking with the Clerk of Court, it has been determined that Plaintiff has not paid the $400.00 filing fee. In addition, notice was sent to Plaintiff by regular mail and there has been no returned mail, indicating that Plaintiff received notice of the court's order.

Plaintiff has not paid the filing fee of $400.00 as ordered by the court on August 31, 2016, and consequently, has failed to timely prosecute his case.

## **RECOMMENDATION**

It is the recommendation of the magistrate judge that this matter be dismissed without prejudice for Plaintiff's failure to pay the filing fee.

Signed in Baton Rouge, Louisiana, on May 4, 2017.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**