UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROY SULLIVAN

VERSUS

TURNER INDUSTRIES
AND CF INDUSTRIES

CIVIL ACTION

NO. 16-105-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated May 4, 2017 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this matter is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee.

Baton Rouge, Louisiana, this 25th day of May, 2017.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA